**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**WILLIAMSPORT DIVISION**

| | |
|---|---|
| IN RE:<br><br>Michael E Carey,<br>Plaintiff.<br><br>Michael E Carey,<br>Plaintiff.<br><br>v.<br><br>Towd Point Mortgage Trust 2020-1, U.S. Bank National Association, as Indenture Trustee<br>Defendant. | Chapter 13<br><br>Bankruptcy 4:23-bk-02191-MJC<br><br>Adversary No. 4:23-ap-00073-MJC<br><br>Related to Doc. Nos. 1 |

**DEFENDANT, SELECT PORTFOLIO SERVICING MORTGAGE SERVICING'S, ANSWER TO PLAINTIFFS' COMPLAINT**

Defendant, Towd Point Mortgage Trust 2020-1, U.S. Bank National Association, as Indenture Trustee, ("Select Portfolio Servicing"), by and through its undersigned counsel files its Answer to Plaintiffs', Michael E Carey, ("Plaintiff/Debtor"), Complaint to Determine Validity and Extent of Mortgagee's Lien and to Establish the Value of the Allowed Secured Claim, and states as follows:

PARTIES:

1. Admitted.
2. Defendant cannot admit nor deny the allegations contained in this paragraph.
3. Defendant cannot admit nor deny the allegations contained in this paragraph.
4. Admitted in part. Denied in part. It is admitted that Defendant's Contact information for Notices and payments as noted on POC 3-1 filed on December 4, 2023 in Debtor's Lead

Bankruptcy Case 4:23-bk-02191-MJC, is P.O. Box 65250, Salt Lake City UT 84165-0250 and the Contact phone number is 1-800-258-8602.

INTRODUCTION:

1. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.

FACTS:

1. This statement is an opinion of the Plaintiff, as such Defendant denies the substantive claim of Plaintiff's opinion.
2. Admitted.
3. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.
4. Defendant denies the allegations contained in this paragraph.
5. This is an allegation of law to which no response is required. To the extent a response is required, it is specifically denied.
6. Defendant denies the allegations contained in this paragraph.
7. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.
8. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.
9. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.

10. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.

11. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.

12. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.

13. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.

14. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.

15. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.

16. This is an allegation of law to which no response is required. To the extent a response is required, it is specifically denied.

17. Defendant lacks sufficient information to admit or deny this allegation and, therefore, denies the allegation and leaves Plaintiff to his strict proofs.

AFFIRMATIVE DEFENSES:

1. The complaint fails to state a claim on which relief may be granted

2. Plaintiff lacks standing to assert some or all of the causes of action presented.

3. Plaintiffs' complaint is barred by res judicata and the Rooker-Feldman doctrine.

4. Plaintiff, by his conduct, is estopped from asserting any cause of action against this Defendant.

5. Plaintiff failed to mitigate damages and is barred from recovery.
6. Plaintiffs' complain is against public policy.
7. Defendant is entitled to reimbursement of all expenses incurred and associated with the property.
8. Defendant hereby reserves the right to interpose such other defenses and objections as a continuing investigation may disclose.

**WHEREFORE**, Defendant, Towd Point Mortgage Trust 2020-1, respectfully requests this Court deny the Plaintiff/Debtor's requests for Declaratory Judgments and Orders; and for such other and further relief as the Court may deem just and proper.


**Robertson, Anschutz, Schneid,**
**Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 817-873-3080
By: /s/ *Michelle L. McGowan*
Michelle L. McGowan, Esquire
Pennsylvania Bar No. 62414
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**WILLIAMSPORT DIVISION**

| | |
|---|---|
| IN RE:<br><br>Michael E Carey,<br>Plaintiff.<br><br>Michael E Carey,<br>Plaintiff.<br><br>v.<br><br>Towd Point Mortgage Trust 2020-1, U.S. Bank National Association, as Indenture Trustee<br>Defendant. | Chapter 13<br><br>Bankruptcy 4:23-bk-02191-MJC<br><br>Adversary No. :23-ap-00073-MJC<br><br>Related to Doc. Nos. 1 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 23, 2024, the foregoing Answer to Plaintiffs' Complaint was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Michael E Carey, *Pro Se***
150 Big Pine Lane
Jersey Shore, PA 17740

And via electronic mail to:

**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**Asst. U.S. Trustee**
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102


**Robertson, Anschutz, Schneid,
Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 817-873-3080
By: /s/ *Michelle L. McGowan*
Michelle L. McGowan, Esquire
Pennsylvania Bar No. 62414
Email: mimcgowan@raslg.com