**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Michael E. Carey,** | : | **Case No. 4:23-02191-MJC** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **Michael E. Carey,** | : | |
| | : | |
| **Plaintiff,** | : | **Adversary Proceeding** |
| | : | **No. 4:23-00073-MJC** |
| **v.** | : | |
| | : | |
| **Towd Point Mortgage Trust 2020-1,** | : | |
| **U.S. Bank, National Association,** | : | |
| **as Indenture Trustee,** | : | |
| **Select Portfolio Servicing, Inc.,** | : | |
| | : | |
| **Defendants.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING IN PART AND DENYING IN PART**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Upon consideration of the Motion for Judgment on the Pleadings ("Motion") filed by Defendant on March 15, 2024, Dkt. # 20, its Amended Brief in support, Dkt. # 40, Plaintiff's responses in opposition, Dkt. # 23, 28, 33, 39,

**AND**, after oral argument on the Motion held on May 2, 2024,

**AND,** for the reasons stated on the record,[1]

It is hereby **ORDERED** that:

1. The Motion for Judgment on the Pleadings is **GRANTED IN PART and DENIED IN PART** as follows.

2. The Motion is **DENIED** on the ground of lack of subject matter jurisdiction.

[1] The Court's findings of fact and conclusions of law pursuant to Fed. R. Bankr. P. 7052 were stated in open Court.

3. The Motion is **GRANTED** on the ground of failure to state a claim upon which relief can be granted.

4. **On or before June 3, 2024,** Debtor may file to docket in the main bankruptcy case, an objection to Defendant's Proof of Claim Number 3.

5. The Clerk is directed to close this adversary proceeding.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 2, 2024